COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-18-00886-CV

Style:     In the Interest of E. C. D. child v. Department of Family and Protective
Services

Date motion filed:     November 19, 2018

Type of Motion:     Objection to Mediation

Party filing motion:     Intervenor


It is **ordered** that Intervenor's objection to mediation is granted. We withdraw our Mediation Order dated November 14, 2018.

Judge's signature: /s/  Jennifer V Caughey
         x  Acting individually     Acting for the Court

     Panel consists of

Date:  November 27, 2018

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).